**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MAX DRYERMAN, a single adult; CARRIE CHALUP, as Executrix of the ESTATE OF DAVID W. DRYERMAN, Deceased; RENEE LITWIN, as Executrix of the ESTATE OF MICHELE D. DRYERMAN, Deceased, and as Administratrix Ad Prosequendum of the Estate of BROOKE H. DRYERMAN, Deceased, | CIVIL ACTION<br><br>Case No.:  2:25-cv-11997<br><br>JURY TRIAL DEMANDED |
| *Plaintiffs*, | |
| v. | |
| TESLA, INC., | |
| *Defendant.* | |

**ORDER**

This matter having been brought before the Court by Dennis P. Ziemba, Esquire, attorney

for Defendant, Tesla, Inc., on an application to allow Joel H. Smith, Esquire to appear and

participate *pro hac vice*; and the Court having considered the moving papers; and this matter

being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this **22nd** day of _____**August**_____, 2025,

ORDERED that Defendant's application is granted; and it is further

ORDERED that Joel H. Smith, Esquire, a member in good standing of the Bar of the State of

South Carolina, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.

Civ. R. 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed

by a member or associate of the law firm of Bowman and Brooke LLP, attorneys of record for

Defendant, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

ORDERED that Joel H. Smith, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Joel H. Smith, Esquire, shall make payment of **$250.00** to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Joel H. Smith, Esquire, shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Joel H. Smith, Esquire, shall notify this Court immediately of any disciplinary charges brought against him in the Bar of any other court; and it is further

ORDERED that Joel H. Smith, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that counsel may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

BY THE COURT:

**/s/ Jessica S. Allen**

Hon. Jessica S. Allen, U.S.M.J.