# ANAPOLWEISS

8700 E. Vista Bonita Drive ~ Suite 268 ~ Scottsdale, Arizona 85255
Phone (480) 515-4745 ~ Fax (480) 515-4744

Larry E. Coben, Esquire*†                                                    Jo Ann Niemi, Esquire†
lcoben@anapolweiss.com                                                       jniemi@anapolweiss.com

*Managing Partner
†Admitted in PA & AZ

April 21, 2026

**VIA ELECTRONIC FILING**
Honorable Jessica S. Allen
US District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   **Re:**  *Dryerman, et al. v. Tesla. Inc.*
       *Civil Action No. 25-11997*

Dear Hon. Judge Allen,

   I write to your Honor as counsel for the Plaintiff. The Court has scheduled a telephone Status Conference on Tuesday, April 28, 2026, at 4:00 p.m. EST.

   A Court ordered in-person mediation has been scheduled in another matter our office has pending in the Court of Common Pleas, Lycoming County, Pennsylvania. The mediation is scheduled to occur on April 29th. Since travel from Arizona to Pennsylvania is required, I will be on a flight until 5:00 p.m. EST on April 28th and will be unable to attend the Conference.

   We respectfully request the April 28, 2026, telephone Status Conference be rescheduled to an alternate date, so all parties are available. Our office has informed Defense of the conflict, and they are agreeable to rescheduling the Status Conference if your Honor allows.

   Thank you very much for considering this request.

        Respectfully yours,

        Larry E. Coben, Esq.

cc: Counsel of Record via the Court's Electronic Filing Services

One Logan Square, 130 North 18th Street, Suite 1600, Philadelphia, PA 19103 I 8700 East Vista Bonita Dr., Suite 268, Scottsdale, AZ 85255
1040 Kings Highway North, Suite 304, Cherry Hill, NJ 08034 I Olde Liberty Square, 4807 Jonestown Road, Suite 148, Harrisburg, PA 17109
toll free: 866.735.2792 I www.anapolweiss.com